FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 07 2022

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT JEFFREY HOLLAND**     PETITIONER

v.     Case No. 4:22-cv-1063-LPR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**     RESPONDENT

## ORDER

On November 2, 2022, Mr. Holland filed (1) a redacted Petition for a Writ of Habeas Corpus, (2) a motion requesting to seal his petition and subsequent filings in this matter, and (3) a Motion to Effect Service of Petition for a Writ of Habeas Corpus and Accompanying Motion to Seal. For reasons I will explain below, I cannot yet decide the Motion to Seal. The clerk is directed to effect service of the redacted habeas petition and the Motion to Seal on Respondent. If the Court eventually grants the Motion to Seal, Mr. Holland must then file his unredacted habeas petition under seal and also file a motion requesting the Court effect service of that unredacted petition on Respondent.

Why this somewhat unusual order of steps, one might ask? It is because I am concerned that my recusal may be necessary in this case. From approximately July of 2015 through approximately July of 2018, I served in the Arkansas Attorney General's Office as Solicitor General. While I do not remember ever being involved in this matter, the potential of death in this case calls for an extra amount of caution. Accordingly, I want to know (1) whether or not the Arkansas Attorney General's Office was *in any way* involved in the Holland matter between July of 2015 and July of 2018, and (2) if it was, the extent of that involvement. To be clear, I am trying to determine whether there is any way that anything about the Holland matter would have crossed my desk while I was Solicitor General. For example, while there may well be other important

4

dates and events to consider, I see that the Holland direct appeal was at the Arkansas Supreme Court between July 2014 and September 17, 2015. And I believe the Arkansas Attorney General's Office handles cases like this while they are at the Arkansas Supreme Court. Accordingly, it would be important for me to know if the Arkansas Attorney General's Office was doing any active work on the Holland case from July 2015 through September 2015. This is just an example of the type of information I am seeking.

Respondent must, and Petitioner may, file a responsive notice of up to five pages within ten days of the date of today's Order.

IT IS SO ORDERED this 7th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE