## **TO BE FILED UNDER SEAL**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 17 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT J. HOLLAND                                PETITIONER

V.                 CASE NO. 4:22CV01063 LPR

DEXTER PAYNE, Director,
Arkansas Division of Correction                     RESPONDENT

### RESPONSIVE NOTICE TO NOVEMBER 7 ORDER

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

BY: /s/Jacob H. Jones
JACOB H. JONES
Arkansas Bar No. 2004069
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8131 [phone]
(501) 682-2083 [fax]
jake.jones@arkansasag.gov

**ATTORNEYS FOR RESPONDENT**

7

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT J. HOLLAND**                          **PETITIONER**

**V.**             **CASE NO. 4:22CV01063 LPR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                  **RESPONDENT**

### RESPONSIVE NOTICE TO NOVEMBER 7 ORDER

Comes now the respondent, Dexter Payne, Director, Arkansas Division of Correction, by and through counsel, Leslie Rutledge, Attorney General, and Jacob H. Jones, Assistant Attorney General, and gives notice of the following:

I.

On November 2, 2022, petitioner filed a Redacted Petition for Writ of Habeas Corpus in this Court. Simultaneously, he filed a motion asking that he be allowed to file an unredacted petition under seal and that all subsequent pleadings and rulings be filed under seal as well. On November 7, 2022, the Court issued an order noting that Judge Rudofsky was employed in the Arkansas Attorney General's Office as the Solicitor General "[f]rom approximately July of 2015 through approximately July of 2018[.]" In light of this, the Court ordered Payne to file a responsive notice informing the Court "(1) whether or not the Arkansas Attorney General's Office was *in any way* [emphasis in original] involved in the Holland matter between July of 2015 and July of 2018, and (2) if it was, the extent

of that involvement." Order at 1. The Court elaborated that it is "important . . . to know if the Attorney General's Office was doing any active work on the Holland case" during the relevant period. *Id.* at 2.

Although Holland's direct appeal was pending final decision in the Arkansas Supreme Court during the period in question, a review of all available, relevant files and correspondence in undersigned counsel's office, as well as the dockets of the United States Supreme Court and the Arkansas Supreme Court, indicates there was no active work being done on Holland's case during that time. The review further gives no indication that Judge Rudofsky had involvement of any kind in Holland's case while employed in the Attorney General's Office.

II.

The State filed its responsive brief in Holland's direct appeal on May 21, 2015, before Judge Rudofsky joined the Attorney General's Office as Solicitor General. *See Holland v. Arkansas*, CR-14-1833, Docket (entry on May 21, 2015).[1] The Arkansas Supreme Court submitted the case for final decision on September 10, 2015, without oral argument, and issued its opinion on September 17, 2015.

---

[1] The Arkansas Supreme Court's docket in Holland's appeal was last viewed by undersigned counsel at the following URL on November 17, 2022.
https://caseinfo.arcourts.gov/cconnect/PROD/public/ck_public_qry_doct.cp_dktrpt_frames?backto=P&case_id=CR-14-833&begin_date=&end_date=

*See id.* (entry on Sept. 10, 2015). Following the decision in Holland's case, the Arkansas Supreme Court was not asked to rehear the matter, and the mandate issued in due course on October 6, 2015. *See id.* (entry on Oct. 6, 2015).

Other than a letter awarding attorney fees on December 16, 2015, there were no other filings in the Arkansas Supreme Court in Holland's case during the relevant period of time. Additionally, a review of the United States Supreme Court's docket does not indicate that Holland petitioned that Court for certiorari, nor do the files of undersigned counsel's office. Because there was no oral argument in Holland's case prior to the Arkansas Supreme Court's opinion and because there were no subsequent pleadings, motions, or other filings in either the Arkansas Supreme Court or the United States Supreme Court during the relevant period of time, there was nothing about Holland's case that might have brought it to the attention of the Arkansas Attorney General's Solicitor General.

On that final point, however, undersigned counsel notes that in his exhaustive search of all available, relevant files and communications regarding activity in Holland's case during the relevant period, he discovered three intra-office items of correspondence concerning the case, none of which involved Judge Rudofsky. The first is an e-mail, dated September 17, 2015, which included the Arkansas Supreme Court syllabus the day Holland's direct appeal was affirmed. Judge Rudofsky is not among those members to whom the email was sent. The

3

second is an email, dated September 18, 2015, from the Criminal Department Deputy in the Attorney General's Office, notifying various members of the administrative staff that the decision on direct appeal had been issued. Judge Rudofsky is not among those members to whom the email was sent. The third is an email from the same Deputy Attorney General, notifying undersigned counsel and other staff members of correspondence Holland's counsel sent to chief counsel for the Arkansas Department of Correction. Again, Judge Rudfosky is not listed among the senders or receivers of any of these communications.

    In sum, undersigned counsel, with the assistance of other staff members, has made an exhaustive search of relevant, available materials and has found no indication that Judge Rudofsky was actively engaged in the Holland matter during his tenure in the Attorney General's Office.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: _____
Arkansas Bar No. 2004069
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8131 [phone]
(501) 682-2083 [fax]
jake.jones@arkansasag.gov

**ATTORNEYS FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I, Jacob Jones, certify that on November 17, 2022, the foregoing document has been mailed, by United States Postal Service, postage prepaid, to:

Ms. Anisha Phillips
Ms. Melissa Fenwick
Office of the Federal Public Defender
1401 W. Capitol Ave., Suite 490
Little Rock, AR 72201

_____
Jacob H. Jones

5